# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MIKIO VANDRUNEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE PISA GROUP, INC., a Missouri corporation, PLAIN DEALER PUBLISHING CO., an Ohio company and JOHN DOE DEFENDANTS, real name(s) unknown,<br>*Defendants*. | Case No. 4:17-cv-01238 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiff Mikio Vandrunen, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his individual claims with prejudice and the claims of the putative Classes without prejudice.

Respectfully submitted,

Dated: July 21, 2017

**MIKIO VANDRUNEN**, individually and on behalf of all others similarly situated,

By: s/ Benjamin H. Richman
   *One of Plaintiff's Attorneys*

Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorney for Plaintiff and the Classes*

1

## **CERTIFICATE OF SERVICE**

    I, Benjamin H. Richman, an attorney, hereby certify that on July 21, 2017, I served the above and foregoing *Plaintiff's Notice of Voluntary Dismissal* by causing true and accurate copies of such paper to filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                                s/ Benjamin H. Richman